**Louis GILBERT, Appellant, v. W. W. KING, Appellee.**

No. 10515.

Court of Civil Appeals of Texas.
San Antonio.

April 26, 1939.

Rehearing Denied May 24, 1939.

Crane & Glarner, of Raymondville, for appellant.

P. G. Greenwood, of Harlingen, for appellee.

PER CURIAM.

Affirmed without written opinion. Associated Indemnity Corporation et al. v. J. M. Gatling, Tex.Civ.App., 75 S.W.2d 294.